UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DALLAS MDL LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 3:24-CV-2994-X |
| | § | |
| STATE FARM LLOYDS, | § | |
| | § | |
| *Defendant.* | § | |
| | § | |

## MEMORANDUM OPINION AND ORDER

Before the Court are the parties' motions for summary judgment (Docs. 23 and 25). Summary judgment is appropriate only where the pleadings and evidence show "that there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law."[1] After reviewing the briefing and relevant law, "genuine dispute" of "material fact" remain such that summary judgment is inappropriate here.[2]

Namely, there remain factual disputes as to the cause of the damage to the concrete slab and whether State Farm investigated Dallas MDL's claim in good faith. So the Court cannot grant summary judgment and these questions must be decided by the trier of fact.

**IT IS SO ORDERED** this 29th day of January, 2026.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

---

[1] FED. R. CIV. P. 56(a).

[2] *Id.*

1